463 A.2d 27

Commonwealth v. White, Appellant.
Petition for Allowance of Appeal Denied June 12, 1984.

Submitted June 22, 1982. Melvin B. Goldstein, for appellant; Michael Turner, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Juanita Kidd Stout is affirmed.